**FILED**
**OCT 08 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         CASE NO. 1:15 CR 00286 AWI BAM

12         Plaintiff,                MOTION AND ~~PROPOSED~~ ORDER TO
                                     SEAL INDICTMENT
13

14      v.

15 HAITHAM EID HABASH, ET AL.,

16
           Defendants.
17

18

19      The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on October 8, 2015, charging
22 the above defendants with:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846,
23 18 U.S.C. § 2 - Conspiracy to Manufacture, to Distribute, and to
24 Possess with the Intent to Distribute a Controlled Substance and
25 Aiding and Abetting; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 18 U.S.C. §
26 2-Distribution of a Controlled Substance and Aiding and Abetting (4
27 Counts); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18  U.S.C. § 2 -
28 Possession of a Controlled Substance with the Intent to Distribute

and Aiding and Abetting; 18 U.S.C. § 371 - Structuring Conspiracy; and 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: October 8, 2015            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By    /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 8, 2015

                                  _____
                                  U.S. Magistrate Judge