

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  1:15CR286 AWI-BAM

                        Plaintiff,    APPLICATION FOR STAY OF MAGISTRATE
12                                     JUDGE'S RELEASE ORDER PENDING HEARING
              v.                       ON THE GOVERNMENT'S MOTION FOR
13                                     REVOCATION AND [PROPOSED] ORDER
   ZAID ELODAT,
14
                        Defendant.
15

16

17         The United States of America, plaintiff herein, respectfully files this application for stay of U.S.

18 Magistrate Judge Charles Eick's order in the Central District of California, setting conditions of release

19 for the above-named defendant, pending hearing on the government's motion to revoke such orders.

20 This Court is the only court which may consider the motion to revoke the release order of Magistrate

21 Judge Stevenson.  18 U.S.C. § 3145(a).

22         On October 14, 2015, the defendant initially appeared in the Central District of California on an

23 arrest warrant authorized by U.S. Magistrate Judge Barbara A. McAuliffe in connection with the

24 indictment filed in this case.  The defendant is charged in our district with conspiring to manufacture, to

25 distribute and to possess with the intent to distribute controlled substances and possession with intent to

26 distribute controlled substances.

27         While expressing a concern for the risk of danger posed by the defendant, Magistrate Judge Eick

28 nonetheless ordered the defendant released on a $25,000 unsecured bond.  Magistrate Judge Eick has

   APPLICATION FOR STAY OF MAGISTRATE          1
   JUDGE'S RELEASE ORDER

1    ordered the defendant detained until 4 p.m., Friday, October 16, to allow the government to seek a stay

2    in this Court. The government will be moving to revoke the release order pursuant to 18 U.S.C. § 3145.

3    The basis for this motion will be that the defendant is a flight risk and danger to the community, and no

4    condition or combination of conditions are adequate to assure the safety of the community or the

5    defendant's appearance. This motion is not yet set for hearing.

6         The government now moves to stay the order of Magistrate Judge Eick, pending this Court's

7    disposition of the motion for revocation of release order. This Court has the authority to authorize the

8    stay. Pursuant to 18 U.S.C. § 3142(f), a defendant may be detained pending completion of the detention

9    hearing. Congress expressly identified a clear public interest in permitting review of a magistrate's

10   release order pursuant to Section 3145. Requiring release pending review by the district court would

11   frustrate the very purpose of this review. *United States v. Huckabay*, 707 F. Supp. 35, 37 (D.Me. 1989).

12   Subsection 3145(a) mandates a prompt review of the motion to revoke, thereby providing a reasonable

13   safeguard against unduly extended detention during review.

14        As the *Huckabay* court explained, there is nothing in the statute or in its legislative history to

15   suggest that Congress intended to deny the district court a reasonable opportunity to inform and exercise

16   its discretion, which necessarily contemplates a hearing and/or de novo consideration of the record

17   presented before the magistrate. *Id.* at 37.

18        Section 3142(f) incorporates the important Congressional aim of assuring meaningful review of

19   release orders, inasmuch as subsection 3142(f) permits detention "pending completion of the [detention]

20   hearing," which reasonably includes a limited period for prompt review of the magistrate's release order

21   under subsection 3145(a). *Id.*

22        The authority for staying the release order is also found within the provisions of 18 U.S.C. §

23   3142(d) which provides for temporary detention pending the revocation of an order for conditional

24   release. *United States v. Geerts*, 629 F.Supp. 830, 831 (E.D.Pa. 1985).

25        ////

26        ////

27        ////

28        ////

APPLICATION FOR STAY OF MAGISTRATE                    2
JUDGE'S RELEASE ORDER

1    The government respectfully requests that the Court now stay Magistrate Judge Eick's order of

2    release pending this Court's disposition of the motion for revocation of release order.

3    Dated:  October 15, 2015                                    BENJAMIN B. WAGNER
                                                                 United States Attorney
4

5                                                       By:  /s/ KAREN A. ESCOBAR
                                                            KAREN A. ESCOBAR
6                                                           Assistant United States Attorney

7

8                                          O R D E R

9

10    Pursuant to 18 U.S.C. § 3145(a) and upon consideration of the government's application for a

11   stay of U.S. Magistrate Judge _____'s release order of the above-named defendant,

12    IT IS HEREBY ORDERED THAT said release order be stayed pending resolution in this Court

13   of the government's appeal of the release order.

14

15   DATED:  10-15-15

16                                              ANTHONY W. ISHII
                                                Senior U.S. District Judge
17

18

19

20

21

22

23

24

25

26

27

28