BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15–CR-00286 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for a bail appeal before this Court on November 9, 2015, at 10:00 a.m.

    2.    By this stipulation, the parties now move to stay the bail appeal until further notice of the parties

    3.    The parties also agree to set this matter for his initial appearance on Monday, November 9, 2015, at 1:30 p.m., before U.S. Magistrate Judge Stanley A. Boone.

1    IT IS SO STIPULATED.

3    Dated: October 28, 2015                             BENJAMIN B. WAGNER
                                                        United States Attorney

                                                         /s/ KAREN A. ESCOBAR
                                                        KAREN A. ESCOBAR
                                                        Assistant United States Attorney

     Dated: October 28, 2015

                                                         /s/ EDWARD M. ROBINSON
                                                        EDWARD M. ROBINSON
                                                        Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **October 29, 2015**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE