BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15–CR-00286 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information, including, but not limited to tax returns, Social Security numbers, dates of birth, financial account numbers, credit card numbers, telephone numbers, residential addresses, tax returns and supporting documents, and confidential business and accounting records ("Protected Information"); and,

WHEREAS, the parties desire to avoid both the necessity of large-scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant ZAID ELODAT, by and through his counsel of record Edward M.

Robinson ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

  1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

  2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

  3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share or provide any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.

  4. The parties agree that Defense Counsel, defense investigators, and support staff shall only provide the defendant with copies of documents subject to these agreements:

   a) The defendant shall only be provided with copies of documents that do not contain Protected Information or copies of documents from which Protected Information has been redacted.

   b) Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff.

   c) The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy or record Protected Information contained in the discovery.

  5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

  6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

  7. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

  8. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by /
/

this Order or the Court modifies this Order regarding such transfer of discovery.

    IT IS SO STIPULATED.

Dated:  October 28, 2015        BENJAMIN B. WAGNER
       United States Attorney

       /s/  KAREN A. ESCOBAR
       KAREN A. ESCOBAR
       Assistant United States Attorney

Dated: October 28, 2015

       /s/ EDWARD M. ROBINSON
       EDWARD M. ROBINSON
       Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **October 29, 2015**        **/s/ Sheila K. Oberto**
       UNITED STATES MAGISTRATE JUDGE