BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00286-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, July 11, 2016, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, December 5, 2016, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **November 7, 2016** |
| **Final PSR Filed with the Court:** | **November 14, 2016** |
| **Formal Objections to PSR/Sentencing Memo due:** | **November 21, 2016** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:   November 28, 2016**

IT IS SO STIPULATED.

DATED:      March 23, 2016                              Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney


                                                        /s/ Karen A. Escobar
                                                        KAREN A. ESCOBAR
                                                        Assistant United States Attorney


DATED:      March 23, 2016

                                                        /s/ Edward Robinson
                                                        EDWARD ROBINSON
                                                        Counsel for Defendant
                                                        Zaid Elodat


**ORDER**

IT IS SO ORDERED.

Dated:   **March 24, 2016**                             _____
                                                        UNITED STATES DISTRICT JUDGE

2