PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZAID ELODAT,<br><br>  Defendant. | CASE NO.  1:15-cr-00286-DAD-BAM<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, December 5, 2016, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, February 27, 2017, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

**Informal Objections Due:**               **January 30, 2017**

**Final PSR Filed with the Court:**        **February 6, 2017**

**Formal Objections to PSR/Sentencing Memo due:**   **February 13, 2017**

**Responses to Formal Objections/Reply to Sentencing Memo:**   **February 21, 2017**

IT IS SO STIPULATED.

DATED: October 13, 2016    Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 13, 2016

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

Dated:   **October 13, 2016**                    _____
UNITED STATES DISTRICT JUDGE

2