PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZAID ELODAT, <br><br> Defendant. | CASE NO. 1:15-cr-00286-DAD-BAM-2 <br><br> STIPULATION AND ORDER REGARDING CONTINUANCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, February 27, 2017, at 10:00 a.m.  (Doc. 149)

2. By this stipulation, the parties now move to continue the matter to Monday, June 26, 2017, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

**Informal Objections Due:**	May 29, 2017

**Final PSR Filed with the Court:**	June 5, 2017

**Formal Objections to PSR/Sentencing Memo due:**	June 12, 2017

**Responses to Formal Objections/Reply to Sentencing Memo:**	June 19, 2017

1

1  IT IS SO STIPULATED.

2  DATED:       January 5, 2017            Respectfully submitted,

3                                          PHILLIP A. TALBERT
                                           United States Attorney
4

5                                          /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
6                                          Assistant United States Attorney

7  DATED:       January 5, 2017

8                                          /s/ Edward Robinson
                                           EDWARD ROBINSON
9                                          Counsel for Defendant
                                           Zaid Elodat
10

11
                              **O R D E R**
12
   IT IS SO ORDERED.
13
       Dated:  **January 6, 2017**          _____
14                                          UNITED STATES DISTRICT JUDGE

2