PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, June 26, 2017, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, October 30, 2017, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

**Informal Objections Due:** October 2, 2017

**Final PSR Filed with the Court:** October 10, 2017

**Formal Objections to PSR/Sentencing Memo due:** October 16, 2017

1

**Responses to Formal Objections/Reply to Sentencing Memo:     October 23, 2017**

IT IS SO STIPULATED.

DATED:     April 12, 2017          Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney


/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     April 12, 2076


/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 13, 2017**

UNITED STATES DISTRICT JUDGE