PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case no. 1:15-cr-00286-DAD-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, February 5, 2018, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, June 25 5, 2018, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

**Informal Objections Due:**                                  May 29, 2018

**Final PSR Filed with the Court:**                           June 4, 2018

**Formal Objections to PSR/Sentencing Memo due:**       June 11, 2018

1

**Responses to Formal Objections/Reply to Sentencing Memo:     June 18, 2018**

IT IS SO STIPULATED.

DATED:     December 13, 2017     Respectfully submitted,

　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/ Karen A. Escobar
　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED:     December 13, 2017

　　　　　　　　　　　　　　　　　/s/ Edward Robinson
　　　　　　　　　　　　　　　　　EDWARD ROBINSON
　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

　　Dated:   **December 13, 2017**　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE