McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00286-DAD-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, June 25, 2018, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Tuesday, November 13, 2018, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **October 15, 2018** |
| **Final PSR Filed with the Court:** | **October 22, 2018** |
| **Formal Objections to PSR/Sentencing Memo due:** | **October 29, 2018** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:     November 5, 2018**

IT IS SO STIPULATED.

DATED:     May 12, 2018          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     May 12, 2018

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 14, 2018**          _____
                                    UNITED STATES DISTRICT JUDGE