McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br>ZAID ELODAT,<br><br>    Defendant. | CASE NO. 1:15-cr-00286-DAD-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Tuesday, November 13, 2018, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to April 29, 2019, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **April 1, 2019** |
| **Final PSR Filed with the Court:** | **April 8, 2019** |
| **Formal Objections to PSR/Sentencing Memo due:** | **April 15, 2019** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:**  April 22, 2019

IT IS SO STIPULATED.

DATED: August 16, 2018  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar

KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 16, 2018

/s/ Edward Robinson

EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**ORDER**

IT IS SO ORDERED.

Dated: **August 17, 2018**   _____
UNITED STATES DISTRICT JUDGE