McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 29, 2019, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, September 30, 2019, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **August 5, 2019** |
| **Final PSR Filed with the Court:** | **August 12, 2019** |
| **Formal Objections to PSR/Sentencing Memo due:** | **August 19, 2019** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:** August 26, 2019

IT IS SO STIPULATED.

DATED: January 17, 2019  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: January 17, 2019

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

# O R D E R

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for April 29, 2019, at 10:00 a.m. is hereby continued to September 30, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 18, 2019**

UNITED STATES DISTRICT JUDGE