McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br>ZAID ELODAT,<br><br>                Defendant. | CASE NO. 1:15-cr-00286-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, September 30, 2019, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, December 16, 2019, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **November 18, 2019** |
| **Final PSR Filed with the Court:** | **November 25, 2019** |
| **Formal Objections to PSR/Sentencing Memo due:** | **December 2, 2019** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:    December 9, 2019**

IT IS SO STIPULATED.

DATED:   July 26, 2019            Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney

DATED:   July 26, 2019

                                  /s/ Edward Robinson
                                  EDWARD ROBINSON
                                  Counsel for Defendant
                                  Zaid Elodat

# O R D E R

The sentencing hearing currently set for September 30, 2019 is hereby continued to December 16, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 31, 2019**              _____
                                        UNITED STATES DISTRICT JUDGE