McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00286-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on Monday, December 16, 2019, at 10:00 a.m.

2.      Defense counsel advised today that his doctor scheduled him for a surgical procedure on that date.

3.      By this stipulation, the parties now move to continue the matter to Monday, April 6, 2020, at 10:00 a.m.

3.      The parties further stipulate to the following schedule:

**Informal Objections Due:                                            March 9, 2019**

1

| Final PSR Filed with the Court: | **March 16, 2020** |
|---|---|
| **Formal Objections to PSR/Sentencing Memo due:** | **March 23, 2020** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **March 30, 2030** |

IT IS SO STIPULATED.

DATED:　　　October 28, 2019　　　Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:　　　October 28, 2019

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for December 16, 2019, is continued to April 6, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 　**October 28, 2019**　　　　　　　　　　　　　　　　　

UNITED STATES DISTRICT JUDGE