McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00286-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, April 6, 2020, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, June 8, 2020, at 10:00 a.m.

3. The parties further stipulate to the following schedule:

| | |
|---|---|
| **Informal Objections Due:** | **May 11, 2020** |
| **Final PSR Filed with the Court:** | **May 18, 2020** |
| **Formal Objections to PSR/Sentencing Memo due:** | **May 26, 2020** |

1

**Responses to Formal Objections/Reply to Sentencing Memo:    June 1, 2020**

IT IS SO STIPULATED.

DATED:       February 24, 2020        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:       February 24, 2020

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

# O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for April 6, 2020, is continued to June 8, 2020, at 10:00 a.m. IT IS SO ORDERED.

Dated:   **February 25, 2020**                        _____
                                                                         UNITED STATES DISTRICT JUDGE