McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZAID ELODAT,<br><br>Defendant. | CASE NO. 1:15-cr-00286-DAD-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, June 8, 2020, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, September 21, 2020, at 10:00 a.m., to accommodate defense counsel's request to be present in court for sentencing.

3. The parties further stipulate to the following schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | August 31, 2020 |
| **Final PSR Filed with the Court:** | September 7, 2020 |
| **Formal Objections to PSR/Sentencing Memo due:** | September 14, 2020 |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | September 21, 2020 |

IT IS SO STIPULATED.

DATED:   May 14, 2020          Respectfully submitted,

                               McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Karen A. Escobar
                               KAREN A. ESCOBAR
                               Assistant United States Attorney

DATED:   May 14, 2020

                               /s/ Edward Robinson
                               EDWARD ROBINSON
                               Counsel for Defendant
                               Zaid Elodat

# O R D E R

**IT IS SO ORERED** that the sentencing hearing set for Monday, June 8, 2020 be continued to Monday September 21, 2020 in Courtroom 5. Informal Objections Due: August 24, 2020; Final PSR Filed with the Court: August 31, 2020; Formal Objections to PSR/Sentencing Memo due: September 7, 2020; Responses to Formal Objections/Reply to Sentencing Memo: September 14, 2020

IT IS SO ORDERED.

Dated:   **May 15, 2020**                    _____
                                             UNITED STATES DISTRICT JUDGE