McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-cr-00286-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| ZAID ELODAT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on Monday, September 21, 2020, at 10:00 a.m.

2.    By this stipulation, the parties now move to continue the matter to Monday, December 14, 2020, at 10:00 a.m., to accommodate defense counsel's request to be present with his client in court for sentencing.

3.    The parties further stipulate to the following schedule:

**Informal Objections Due:**                    **November 16, 2020**

1

| | |
|---|---|
| **Final PSR Filed with the Court:** | **November 23, 2020** |
| **Formal Objections to PSR/Sentencing Memo due:** | **November 30 2020** |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | **December 14, 2020** |

IT IS SO STIPULATED.

DATED:        August 14, 2020        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:        August 14, 2020

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 17, 2020**        _____

UNITED STATES DISTRICT JUDGE

.