McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        v.<br><br>ZAID ELODAT,<br><br>                          Defendant. | CASE NO.  1:15-cr-00286-DAD-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, January 11, 2021, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the matter to Monday, March 15, 2021, at 10:00 a.m., to accommodate defense counsel's request to be present with his client in court for sentencing at a time when there is less of an uptick in coronavirus cases.

3. The parties further stipulate to the following schedule:

1

| | |
|---|---|
| **Informal Objections Due:** | February 15, 2021 |
| **Final PSR Filed with the Court:** | February 22, 2021 |
| **Formal Objections to PSR/Sentencing Memo due:** | March 1, 2021 |
| **Responses to Formal Objections/Reply to Sentencing Memo:** | March 8, 2021 |

IT IS SO STIPULATED.

DATED:   December 4, 2020    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   December 4, 2020

/s/ Edward Robinson
EDWARD ROBINSON
Counsel for Defendant
Zaid Elodat

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 4, 2020**           _____
UNITED STATES DISTRICT JUDGE