PHILLIP A. TALBERT
Acting United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZAID ELODAT,<br><br>    Defendant,<br><br>SUBHI ELODAT,<br><br>    Surety. | CASE NO. 1:15-CR-00286-DAD-BAM<br><br>**STIPULATION FOR EXONERATION OF DEFENDANT'S CASH APPEARANCE BOND; ORDER THEREON** |

Surety Subhi Elodat ("S Elodat") posted a $20,000 cash bond to secure Defendant Zaid Elodat's ("Defendant") appearance during the pendency of his case. Plaintiff United States of America ("United States") and S Elodat (the Parties) hereby stipulate to the exoneration of that bond based on the following grounds:

1. A bond review was held on November 17, 2015. *See* ECF. No. 87. The court ordered that S Elodat post a $20,000 cash bond pursuant to a stipulation entered on November 16, 2015, and that Defendant be released on the terms and conditions of Pretrial Services. *See* ECF Nos. 84 and 87.

2. The cash bond was posted that same day, receipt #CAE100030926. *See* ECF No. 89.

3. Judgment was imposed on Defendant on March 29, 2021. Defendant was sentenced to a term of imprisonment and ordered to pay a $100 special assessment and a $25,000 fine. *See* ECF No.

594.

4. Defendant is required to surrender for service of sentence before 2:00 p.m., on June 16, 2021. *Id*.

5. The Parties agree that, upon Defendant's surrender to commence his period of confinement, the $20,000 bond can be exonerated and applied towards Defendant's $25,000 fine pursuant to 28 U.S.C. § 2044 (Payment of fine with bond money).

6. Based on the foregoing, the Parties agree the Court can and should enter an Order:

    A. Approving this Stipulation; and

    B. Directing the Clerk of the Court to apply the principal bond monies, $20,000, posted by the Surety, Subhi Elodat, to the Defendant's fine and any interest accrued be disbursed to the surety upon Defendant's surrender to commence his period of confinement.

FOR THE UNITED STATES:

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: 6/9/2021     By:   /s/*Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney

FOR THE SURETY:

Dated: 6/9/2021     /S/*Subhi Elodat*
SUBHI ELODAT

APPROVED AS TO FORM AND CONTENT:

Dated: 6/9/2021     /s/*Edwqrd M. Robinson*
EDWARD M. ROBINSON
Counsel for Defendant

**O R D ER**

The Court, having reviewed the court files and the Parties' Stipulation for Exoneration of Defendant's Cash Appearance Bond (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, it is ORDERED that:

1. The Clerk of the Court shall apply the principal bond monies, $20,000, posted by the Surety, Subhi Elodat, to the Defendant's fine and any interest accrued will be disbursed to the surety upon Defendant's surrender to commence his period of confinement.

IT IS SO ORDERED.

Dated:   **June 16, 2021**

  _____
  UNITED STATES DISTRICT JUDGE

STIPULATION RE BOND
EXONERATION; AND ORDER

3